# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES JACKSON**                                                                     **PLAINTIFF**
**#251009**

**v.**                              **Case No. 4:20-cv-686-LPR-JTK**

**ERIC HIGGINS,** *et al.*                                                 **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 5). There have been no objections. After a careful review of the proposed findings and recommendations, as well as of the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to prosecute. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 14th day of August 2020.

                                                                          _____
                                                                          LEE P. RUDOFSKY
                                                                          UNITED STATES DISTRICT JUDGE