**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **JAMES JACKSON #251009** | **PLAINTIFF** |
| v. | Case No. 4:20-cv-686-LPR-JTK |
| **ERIC HIGGINS,** *et al.* | **DEFENDANTS** |

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice for failure to prosecute. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 14th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE